9183.SHV.JAD
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATLAS EXPORTER, D/B/A LOOMS INDIA

PLAINTIFF

- AGAINST -

ANI INDUSTRIES LLC D/B/A/ ANGILIQUE, HABIB
AMERICA BANK, GEOLOGISTICS AMERICAS INC.,
ALLCARGO MOVERS (INDIA) PVT LTD., RITESH
MAHTANI, AND NAVINE MAHTANI,

DEFENDANT

---

Judge McMahon

Docket No. 08 CIV 7346

GEOLOGISTICS AMERICAS INC A/K/A/
AGILITY LOGISTICS'
RULE 7.1
CORPORATE DISCLOSURE STATEMENT

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for GEOLOGISTICS AMERICAS INC. d/b/a/ Agility certifies that the aforementioned company is a wholly owed subsidiaries of PUBLIC WAREHOUSE COMPANY a/k/a AGILITY HOLDINGS which is <u>not</u> publicly traded in the United States.

Dated: New York, New York
August 11, 2008

NEW YORK
COUNTY CLERK'S OFFICE

AUG 19 2008

NOT COMPARED
WITH COPY FILE

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP

By: s/ Stephen Vengrow

Stephen H. Vengrow (SHV/3479)
61 Broadway, Suite 3000
New York, New York 10006
Voice: 212-344-7042
Fax: 212-344-7285
Email: svengrow@cckvt.com

**Via Us Mail**
Davidoff, Malito & Hutcher LLP
Attention: Ralph Preite, Esq.
605 Third Avenue
New York, New York 10158
(212) 557-7200
Attorneys for Plaintiff

ANI Industires LLC d/b/a/ Angilique
1407 Broadway, Suite 921
New York, NY 100018
Attention: Ritesh Mahtani

ANI Industires LLC d/b/a/ Angilique
1407 Broadway, Suite 921
New York, NY 100018
Attention: Navine Mahtani

Habib American Bank
99 Madison Avenue
New York, NY 10016

AllCargo Movers Inc.
200 Middlesex Turnpike
Iselin, NJ 08830