UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ATLAS EXPORTERS, d/b/a LOOMS INDIA,

        Plaintiff,

- against -                                                                    Case No. 08 CIV 7346

ANI INDUSTRIES LLC d/b/a ANGLIQUE, HABIB
AMERICAN BANK, ALLCARGO MOVERS (INDIA) PVT LTD.,
RITESH MAHTANI, AND NAVINE MAHTANI,

        Defendants.

-----------------------------------------------------------------x

DECISION AND ORDER DENYING DEFENDANT'S MOTION TO DISMISS

McMahon, J.:

      Habib American Bank's motion for judgment on the pleadings to dismiss Atlas Exporters' Seventeenth cause of action is denied. The defendant may renew its motion upon completion of discovery.

Dated: March 25, 2009

                                                    [signature]
                                                    U.S.D.J.

BY ECF TO ALL COUNSEL

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/09
```

1