CHAMBERS COPY

DAVIDOFF MALITO & HUTCHER LLP
Attorneys for Atlas Exporters d/b/a Looms India
605 Third Avenue
New York, New York 10158
(212) 557-7200 x3237
Ralph E. Preite, Esq.



RECEIVED
MAR 2 2 2010
CHAMBERS OF
COLLEEN McMAHON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Atlas Exporters,
d/b/a Looms India,

                        Plaintiff,

               -against-

ANI Industries LLC d/b/a Angilique,
Habib American Bank,
GeoLogistics Americas Inc.
AllCargo Movers (India) PVT LTD.,
Ritesh Mahtani, and
Navine Mahtani,

                     Defendants.
-----------------------------------------------------------X

08-Civ.7346 (CM)(DCF)

## MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/7/10

**NOTICE OF MOTION AND CONSOLIDATED MEMORANDUM OF LAW
BY PLAINTIFF FOR DEFAULT JUDGMENT PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 55 AGAINST DEFENDANTS ANI
INDUSTRIES LLC D/B/A ANGILIQUE, ALLCARGO MOVERS (INDIA) PVT
LTD, RITESH MAHTANI, AND NAVINE MAHTANI**

**PLEASE TAKE NOTICE**, that upon the annexed application (the "Motion"), Atlas

Exporters d/b/a Looms India, plaintiff ("Plaintiff") by its  attorneys, Davidoff Malito & Hutcher

LLP, will move this Court before the Honorable Colleen McMahon, United States District Judge,

at the United States District Court, United States Courthouse, 500 Pearl Street, New York, NY

10007-1312, on a date and time to be determined, for an order pursuant to Rule 55 of the Federal

Rules of Civil Procedure for a judgment by default against each, ANI Industries LLC d/b/a

Angilique, Allcargo Movers (India) PVT LTD, Ritesh Mahtani, and Navine Mahtani.

5/6/2010

*Motion granted. Please submit a form of judgment.*

*(Colleen McM...)*

00401962

THE ATTACHED LEGAL PAPERS ARE BEING SERVED ON YOU BECAUSE YOU HAVE FAILED TO APPEAR IN A LAWSUIT BROUGHT AGAINST YOU. IF YOU DO NOT ENTER AN APPEARANCE IN THE LAWSUIT ON OR BEFORE MARCH 20, 2010, THE COURT WILL ENTER A DEFAULT JUDGMENT AGAINST YOU. IF YOU ARE A CORPORATION, YOU CAN ONLY APPEAR THROUGH AN ATTORNEY. IF YOU ARE AN INDIVIDUAL, YOU MAY APPEAR BY AN ATTORNEY OR PRO SE. IN EITHER EVENT, YOU MUST TAKE SOME ACTION OR A JUDGMENT WILL BE ENTERED AGAINST YOU. ENTRY OF A JUDGMENT MAY RESULT IN A LEVY AGAINST YOUR PROPERTY.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Motion must be

made in writing stating the legal basis for the objection and must be filed, together with proof of

service thereof, with the Clerk of the United States District Court, United States Courthouse, 500

Pearl Street, New York, NY 10007-1312, together with a courtesy copy to the Chambers of the

Honorable Colleen McMahon, and served on the undersigned attorney for the Plaintiff, no later

than seven days after date of service of this Motion in accordance with Local Civil Rule 6.1.

Dated: New York, New York
       March 17, 2010

                                                   Davidoff Malito & Hutcher LLP
                                                   Attorneys for Atlas Exporters d/b/a Looms
                                                   India, Plaintiff

                                                 By: _____
                                                    Ralph E. Preite, Esq.(RP:6700)
                                               605 Third Avenue
                                               New York, New York 10158
                                             (212) 557-7200

To:    ANI Industries LLC d/b/a Angilique
       1407 Broadway, Suite 921
       New York, New York 10018

       ANI Industries LLC d/b/a Angilique
       1430 Broadway
       New York, New York 10018

       Allcargo Movers Inc.
       200 Middlesex Turnpike
       Iselin, New Jersey 08830